

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00171-CR

| | | |
|---|---|---|
| ELISEO SUAREZ, Appellant | § | On Appeal from the 485th District Court |
| | § | of Tarrant County (1753399) |
| V. | § | August 14, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the assessment of $290 in court costs. It is ordered that the judgment of the trial court is affirmed as modified. The bill of costs is corrected to show $0 due.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell  
       Justice Wade Birdwell